UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COURT NO. 3:02-CR-30008-001-MAP |
| | ) | |
| SUSAN BRACKETT. A/K/A SUSAN G. | ) | |
| SAWIN | ) | |
| Defendant. | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| DEMOULAS PROFIT SHARING PLAN | ) | |
| AND TRUST | | |
| Garnishee. | | |

## ORDER OF GARNISHMENT

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Demoulas Profit Sharing Plan and

Trust, is to disburse all funds held on behalf of the Defendant, Susan Brackett, a/k/a Susan G.

Sawin, to the Clerk of Court, c/o United States District Court, Clerk's Office, One Courthouse

Way, Suite 2300, Boston, MA 02210. This Court further orders that the payment of any taxes

and/or penalties resulting from the withdrawal of said funds are to be paid directly from the

funds prior to the balance being paid to the Clerk of Court.

APPROVED:                                      SO ORDERED:

UNITED STATES DISTRICT JUDGE          DEPUTY CLERK
                                       UNITED STATES DISTRICT COURT

DATED: 3/12/14